# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2442
_____

ZACHARY YOUNG and NEMEX
ENTERPRISES, INC.,

Appellants,

v.

THE ASSOCIATED PRESS,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
William Scott Henry, Judge.

June 22, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and TREADWELL, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Lisa Paige Glass of Glass Law Office, P.A., Boca Raton, for Appellants.

Charles D. Tobin, Paul J. Safier, pro hac vice, and Saumya Vaishampayan, pro hac vice, of Ballard Spahr LLP, Washington, DC, for Appellee.